IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 28 AM 10:01
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>vs.                                  )<br>                                     )<br>DONALD MICHAEL LEMM,                 )<br>                                     )<br>            Defendant.               ) | CR. NO. 05-20363-Ma |

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a report date on November 23, 2005. Counsel requested a continuance of the trial date in order to allow for additional time to prepare.

The Court granted the request and continued the trial to the rotation docket beginning Monday, February 6, 2006 at 9:30 a.m. with a report date of Friday, January 27, 2006 at 2:00 p.m.

The period from November 23, 2005 through February 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

**IT IS SO ORDERED** this ___23d___ day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___12-29-05___

31

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20363 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Thomas E. Hansom
LAW OFFICE OF THOMAS E. HANSOM
659 Freeman Street
Memphis, TN 38122--372

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark S. McDaniel
LAW OFFICE OF MARK S. MCDANIEL
243 Exchange Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT